## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:20-CV-20348-JEM

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**NORLE PROPERTIES CORPORATION**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 28th day of January, 2020 at 9:59 am to be served on **NORLE PROPERTIES CORPORATION C/O NORBERTO LEAL, ITS REGISTERED AGENT, 4221 SW 75TH AVENUE, MIAMI, FL 33155**.

I, Roberto Lindsay, do hereby affirm that on the **29th day of January, 2020** at **2:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LEANDRO LEAL** as **SECRETARY** for **NORLE PROPERTIES CORPORATION C/O NORBERTO LEAL, ITS REGISTERED AGENT** at the address of: **4221 SW 75TH AVENUE, MIAMI, FL 33155** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: HISPANIC, Height: 6'0, Weight: 200, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Roberto Lindsay
C.P.S. 1094

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2020000277

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g